```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
                                    :
DEAN MOSTOFI
                                    :

    v.                              :   Civil Action No. DKC 11-2011

                                    :
EQUIFAX INFORMATION SOLUTIONS,
INC., et al.                        :
```

**MEMORANDUM AND ORDER**

Presently pending and ready for resolution are Plaintiff's Motions to Strike Experian's Bill of Costs (ECF No. 200) and Trans Union's Bill of Costs (ECF No. 205). For the following reasons, the motions will be denied and the Clerk will be instructed to tax costs.

After this court entered judgment on Plaintiff's claims against them on March 5, 2014, both Experian Information Solutions, Inc. and Trans Union LLC filed timely Bills of Costs. ECF Nos. 173 and 175. Because Plaintiff noted an appeal, the Clerk denied costs without prejudice to renewal "within 14 days of the U.S. Court of Appeals issuing any mandate affirming judgment against Plaintiff." ECF No. 189. The Fourth Circuit issued an opinion on August 18, 2014, but the Mandate didn't issue until September 9, 2014. The Defendants filed renewed Bills of Costs on September 10, 2014 (Experian) and September 19, 2014 (Trans Union). Plaintiff's contention that these Bills

of Costs are untimely is simply mistaken. He asserts that the time for filing began with the issuance of the opinion in August. To the contrary, the time for filing began with the issuance of the mandate.

Accordingly, the motions to strike are DENIED and the Clerk is DIRECTED to CLOSE this case.

                                                        _____/s/_____
                                                        DEBORAH K. CHASANOW
April 3, 2015                              United States District Judge